

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**David A. O'Toole**  
**District Clerk**

211 West Ferguson  
Tyler, TX 75702

June 15, 2021

Via: <u>CERTIFIED MAIL,</u>
   <u>RETURN RECEIPT REQUESTED</u>

Richard Liebowitz  
Liebowitz Law Firm, PLLC  
11 Sunrise Plaza, Suite 305  
Valley Stream, NY 11580

Re:  In the Matter of Richard Liebowitz, Cause Number: 6:21mc009

Dear Mr. Liebowitz,

Enclosed is a copy of a Reciprocal Attorney Disciplinary Notice and Order entered this date suspending you from the roll of attorneys admitted to practice in this Court.

In accordance with Local Rule AT-2(b)(2)(B), the attorney may file a motion for modification or revocation of the order within twenty-one days of service of this notice.  If no motion is filed within the allotted twenty-one days, the Reciprocal Attorney Disciplinary Notice and Order will be in effect in accordance with Local Rule AT-2(A).

Respectfully,

David A. O'Toole, Clerk

By: *Belinda Saenz*  
Belinda Saenz, Deputy Clerk

Enclosure.

Cc: Clerk, Fifth Circuit Court of Appeals  
    American Bar Association Data Bank  
    State Bar of Texas  
    United States Bankruptcy Court